UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **HILDA GUTIERREZ-BENITEZ,** | ) |
| Petitioner, | ) |
| v. | ) Case No.7:23-cv-1443-AMM-HNJ |
| **WARDEN KIMBERLY NEELY,** | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a report (Doc. 10) on July 25, 2024, recommending that the court deny petitioner Hilda Gutierrez-Benitez's ("Gutierrez-Benitez") petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 (Doc. 1), and dismiss her claims without prejudice as moot. In the alternative, the Magistrate Judge recommended the court dismiss this action without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Gutierrez-Benitez's failure to prosecute her claims. No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that Gutierrez-Benitez's petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 (Doc. 1) should be **DENIED** and her claims should be **DISMISSED WITHOUT**

**PREJUDICE** as **MOOT**.  In the alternative, the court finds this action is should be **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Gutierrez-Benitez's failure to prosecute her claims.  A final judgment will be entered.

    **DONE** and **ORDERED** this 20th day of August, 2024.

                                            _/s/ Anna M. Manasco_
                                            **ANNA M. MANASCO**
                                            UNITED STATES DISTRICT JUDGE